JS-6

**VALERIE VANAMAN**, State Bar No. 42406
E-mail: vvanaman@navlaw.net
**DAVID W. GERMAN**, State Bar No. 252394
E-mail: dgerman@navlaw.net
**NEWMAN.AARONSON.VANAMAN**
14001 Ventura Boulevard
Sherman Oaks, CA 91423
Tel. (818) 990-7722
Fax (818) 501-1306

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES UNIFIED SCHOOL DISTRICT, | CASE NO. CV13-9404 AB-FFMx |
| | [**PROPOSED**] JUDGMENT |
| Plaintiffs, | |
| vs. | |
| RENE UREY JR., by and through his | |

Los Angeles Unified School District (LAUSD) filed this action to contest the September 26, 2013 Order of Administrative Law Judge Paul H. Kamoroff in California Office of Administrative Hearing Case No. 2013050272. After having received briefing on the issues raised in the Complaint, the Honorable Andre Birotte Jr., of the United States District Court of the Central District of California, heard oral argument on the matter on November 17, 2014. My Thien Huynh of the LAUSD Office of General

Counsel appeared on behalf of Plaintiff LAUSD. David W. German of Newman Aaronson Vanaman appeared for Defendants Rene Urey Jr. and Rene Urey Sr.

After full consideration of the papers and evidence filed in support of, and in opposition to, the Complaint, and after hearing and considering oral argument of counsel, on December 10, 2014 the Court issued its Order Re: Appeal of Administrative Decision Dated September 26, 2013, which:

1.) **AFFIRMED** Judge Kamoroff's determination that LAUSD improperly awarded Student a diploma, on the basis of procedural defects in the conduct of Student's April 2013 IEP;

2.) **AFFIRMED** Judge Kamoroff's determination that LAUSD did not provide an adequate transition plan, speech and language services, occupational therapy, or assistive technology for Student; and

3.) **AFFIRMED** all of the remedies ordered by Judge Kamoroff, except the Court **REVERSED** Judge Kamoroff's decision insofar as it changed Student's placement from general education curriculum to something else and ordered that Student be deemed eligible for special education until the age of 22.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Defendants Rene Urey Jr. and Rene Urey Sr., and against Plaintiff Los Angeles Unified School District. Upon timely motion, Defendants shall be awarded costs and attorneys fees from Plaintiff Los Angeles Unified School District pursuant to 20 U.S.C. section 1415(i)(3).

IT IS SO ORDERED.

DATED: December 30, 2014

_____

HONORABLE ANDRE BIROTTE JR.
U.S. DISTRICT COURT JUDGE